Prob 19
(1/82)

**RECEIVED**
By U.S. MARSHALS EASTERN OKLAHOMA at 3:53 pm, Feb 23, 2022

# United States District Court
## for the
## EASTERN DISTRICT OF OKLAHOMA

U.S.A.  vs   Chuculate, Heather Leann            Docket No.   CR-19-00010-004-RAW

TO:   Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br><br>Heather Leann Chuculate | SEX<br><br>F | RACE<br><br>W | AGE<br><br>27 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br><br>Honorable Ronald A. White | | | |
| CLERK<br><br>Patrick Keaney | (BY) DEPUTY CLERK<br><br>*Teka L. Stephens* | | DATE<br><br>2/23/2022 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br><br>2/23/22 | DATE EXECUTED<br><br>3/3/22 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br><br>USMS-E/OK | FILED<br>MAR - 4 2022<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk | |
| NAME<br><br>Jeff Landers | (BY) *signature* | DATE<br><br>3/4/22 |
| Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF OKLAHOMA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit." | | |